JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| LUIS AUGUSTO CAMPI YSTILLARTE,<br><br>Petitioner,<br><br>v.<br><br>WARDEN et al.,<br><br>Respondents. | Case No. 5:26-cv-06297-DFM<br><br>JUDGMENT |

Pursuant to the Order Granting in Part Petition for Writ of Habeas Corpus (Dkt. 11),

IT IS ADJUDGED that the Petition is granted in part. Respondents shall release Petitioner Luis Augusto Campi Ystillarte (A# 240-678-873) from custody. The Court retains jurisdiction to adjudicate any collateral enforcement issues.

Date: November 12, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge